
FILED
DEC 2 4 2009

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CR. 09-50046-01-KES |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING |
| | ) THIRD CONTINUANCE |
| HERMIS EARL JANIS, JR., | ) |
| A/k/a Hermis Earl Tail, Jr., | ) |
| Defendant. | ) |

Defendant moves for a continuance. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial insofar as defense counsel has made known to the court that additional time is needed to obtain the services of an expert to evaluate the defendant to determine the defendant's ability to assist counsel in the preparation of a defense. Based on the foregoing, it is therefore

ORDERED that defendant's motion is granted. The following deadlines shall apply:

| Suppression/voluntariness motions | January 27, 2010 |
|---|---|
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | January 27, 2010 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, shall be held before February 10, 2010 |

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | March 2, 2010 |
| Other motions | March 9, 2010 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | March 9, 2010 |
| Plea agreement or petition to plead and statement of factual basis | March 9, 2010 |
| Notify court of status of case | March 9, 2010 |
| Motions in limine | March 16, 2010 |
| Proposed jury instructions due | March 16, 2010 |
| Jury trial | Tuesday, March 23, 2010, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's standing order remain in effect unless specifically changed herein.

Dated December 24, 2009.

BY THE COURT:

KAREN E. SCHREIER
CHIEF JUDGE